UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN RICAFRENTE, | No. C 09-2265 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Warden WONG, | |
| Defendant. | |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his address.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 28, 2009

_____
Marilyn Hall Patel
United States District Judge